IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JAMES PRICE, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS COUNTY CORRECTIONS, <br><br> Defendant. | 8:21CV389 <br><br> **MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. On October 19, 2021, Plaintiff was ordered to pay an initial partial filing fee of $10.60 by November 18, 2021. (Filing 7.) When Plaintiff failed to pay the initial partial filing fee, the court issued a Memorandum and Order on November 22, 2021, granting Plaintiff 30 days to show cause why this case should not be dismissed for failure to pay the fee. (Filing 8.) This order was returned to the court as undeliverable, and the court was unable to resend it because there was no forwarding address on record. (Filing 9.) On December 2, 2021, the court ordered Plaintiff to update his address by December 22, 2021, in the absence of which this case would be dismissed without prejudice and without further notice to Plaintiff. (Filing 10.) The court's Memorandum and Order was once again returned to the court as undeliverable, and the court was unable to resend it because there was no forwarding address on record. (Filing 11.)

    Contrary to the court's orders, Plaintiff has failed to pay the initial partial filing fee or to confirm his address.

    IT IS THEREFORE ORDERED that Plaintiff's claims are dismissed without prejudice because Plaintiff failed to prosecute this case diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 3rd day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge